STATE OF MAINE                      SUPERIOR COURT
HANCOCK, ss                         DOCKET NO. AP-2009-15

                                    KMC -HAN 5 9 2010


TERRENCE O'CONNELL
        Plaintiff
                                    RECEIVED & FILED

V.                                  MAY 06 2010

                                    HANCOCK COUNTY
                                        COURTS
BAR HARBOR BOARD OF APPEALS



                      DECISION AND ORDER


        This matter is before the Court on an appeal from the
Plaintiff of a decision by the Bar Harbor Board of Appeals
affirming the decision of the Code Enforcement Officer to
withdraw a Notice of Violation.  The Decision suggests that
the Code Enforcement Officer (CEO) had made a preliminary
decision that a Bar Harbor resident was operating a
commercial kennel as defined by the Bar Harbor Land Use
Ordinance (hereinafter LUO), and the CEO issued a Notice of
Violation with respect to the apparent operation of a
commercial kennel. The Decision further suggests that a
subsequent investigation led the CEO to conclude that her
initial decision was wrong and the CEO withdrew the Notice
of Violation and elected not to prosecute the resident for
operating a commercial kennel.

        The Plaintiff appealed the decision of the CEO to
withdraw the Notice of Violation to the Bar Harbor Board of
Appeals.  The Board of Appeals dismissed the appeal
concluding that the "CEO's decision not to prosecute the
neighbor for operating a commercial kennel is not an
appealable decision…".

        The Law Court decided this issue in 2002 and more
recently in 2009.  In *Salisbury v. Town of Bar Harbor* 2002
ME 13, ¶11, 788 A.2D 598, 601, the Law Court made it clear
that the court is precluded from intruding "into municipal
decision-making when a municipality decides whether *or not*
to undertake and enforcement action."  In *Moore v. Town of
Bar Harbor*, 2009 Me. Unpub. LEXIS 3, the Law Court directed
that "(b)ecause the CEO's determination to undertake an

                             1

investigation is discretionary, it is not an appealable decision."

As the Board noted in the O'Connell decision dismissing the appeal, Mr. Moore in his case filed a complaint with the CEO alleging a LUO violation by a third party but the CEO declined to prosecute the matter (Record at pg. 4). In the O'Connell matter, Mr. O'Connell is seeking a chance to contest the CEO's decision not to prosecute a citizen who Mr. O'Connell feels is operating a commercial kennel. THAT decision is precisely the type of decision that the Law Court identified as being 'discretionary' on the part of the CEO and "not appealable" to the Board of Appeals or this Court.

This Court is satisfied that the actions of the CEO in deciding not to undertake an enforcement action in the form of prosecuting a Notice of Violation, falls within the sound discretion of the Code Enforcement Officer and nothing provided in the Record on Appeal compels a different conclusion. For the reasons stated the 80 B appeal in this matter filed by and on behalf of Mr. O'Connell is denied and the matter is dismissed.

May 6, 2010

Kevin M. Cuddy
Justice, Superior Court

2

Date Filed 12/23/2009    HANCOCK                    Docket No. AP-2009-15-A
                              County

Action   RULE 80B APPEAL

ASSIGNED TO JUSTICE KEVIN M. CUDDY


TERENCE O'CONNELL                           BAR HARBOR BOARD OF APPEALS
                                    vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| LYNNE WILLIAMS<br>13 ALBERT MEADOW<br>BAR HARBOR ME  04609 | LEE K. BRAGG, ESQ<br>AMANDA A. MEADER, ESQ<br>BERNSTEIN SHUR<br>146 CAPITOL STREET<br>P O BOX 5057<br>AUGUSTA, ME 04332-5057 |

| Date of Entry | |
|---|---|
| 12/23/09 | Review of Governmental Action ME R Civ. P. 80B Filed. |
| 1/20/10 | Notice and Briefing Schedule filed.<br>Plaintiff's Brief is due 40 days (from 1/20/2010).<br>Defendant's brief due 30 days after service of brief by plaintiff.<br>Plaintiff has 14 days after service of brief by Defendant for reply brief.<br>Copy forwarded to all attorneys/parties of record. |
| 3/1/2010 | Appearance of Lee K. Bragg, eSq and Amanda A. Meader, Esq for Bar Harbor Board of Appeals.<br>The Town Does not anticipate filing a brief or participating in the hearing in this action. |
| 3/1/2010 | Memorandum of Law filed by Plaintiff. |
| 3/1/2010 | Memorandum of Law filed by plaintiff |
| 4/16/2010 | Oral Argument on 80B Appeal scheduled for 5/4/2010 at 10:30 a.m.  Copy forwarded to all attorneys/parties of record. |
| 5/4/2010 | Oral Argument on 80B Appeal Held.  Justice Kevin M. Cuddy Presiding, Electronic Recording Tape No. 1244, Index 2609-3380.  Margaret Costain Courtroom Clerk.  Lynne Williams Esq for Plaintiff.  No appearance for Defendant.  After Hearing. Decision reserved, order to issue. |
| 5/6/2010 | Decision and Order: (Cuddy, J).  For the reasons stated:  The 80B Appeal in this matter filed by and on behalf of Mr. O'connell is Denied and the matter is dismissed.  Copy forwarded to all attorneys of record and to the reporter of decisions. |
| 5/6/2010 | Appeal Denied/Dismissed |

A TRUE COPY.
Attest_____
                    Clerk of Courts